IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YOLANDA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CV242 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MAGRATH COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Joint Motion To Stay Pending Mediation (Filing No. 90) the Progression Order dates in this case pending completion of mediation. Counsel for the parties state they will mediate all issues and plan to choose a mediation date in May 2005. Upon consideration,

**IT IS ORDERED:**

1. The Joint Motion To Stay Pending Mediation (Filing No. 90) the Progression Order dates (Filing No. 90) is granted as set forth below.

2. Except as may be otherwise agreed by the parties and counsel, this case is stayed to permit the parties to utilize private mediation services.

3. During the period of the stay, unless otherwise agreed, compliance with deadlines established by the progression order, responses to discovery, and other proceedings shall not be required. In the event the parties agree to proceed without a stay, a statement to that effect signed by counsel shall be filed forthwith.

4. **On or before July 5, 2005,** plaintiff's counsel shall **file** a report on the status of the mediation and whether the case has been settled. Failure to so notify the court of the completion of the mediation, with or without settlement, may result in the dismissal of this case without further notice pursuant to F.R.Civ.P. 41(b). Information about the substance of the parties' settlement agreement, if any, shall not be provided without their consent.

5. The Clerk shall bring this file to the attention of the undersigned after one hundred (100) days or when notified that the mediation has been completed, whichever first occurs.

6. The Clerk is directed to provide a copy of this order to all counsel of record.

DATED this 25th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge