# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **YOLANDA JONES,** | ) | |
| | ) | **8:02CV242** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MAGRATH COMPANY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on advice from counsel that the mediator previously selected in this matter was unable to serve and the parties have selected a substitute mediator, Dwight James, Des Moines, Iowa. The mediation with Mr. James is scheduled for July 28, 2005. Accordingly, the mediation stay previously imposed on April 25, 2005 (Filing No. 91) is continued until August 5, 2005. The parties shall report the outcome of the July 25, 2005 mediation to the undersigned magistrate judge **on or before August 5, 2005**.

**IT IS SO ORDERED.**

DATED this 14th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge