# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOLANDA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | )   8:02CV242 |
| v. | ) |
| | )   ORDER |
| MAGRATH COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

Upon notice of settlement given to the magistrate judge on August 8, 2005, by counsel for the plaintiff,

**IT IS ORDERED that:**

1. The stay pending mediation imposed on this case by order dated April 25, 2005, is dissolved.

2. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before September 8, 2005**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 8th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge