IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOLANDA JONES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MAGRATH,<br><br>　　　　　　Defendant. | 8:02CV242<br><br>ORDER |

Pursuant to Magistrate Judge Thomas Thalken's Order dated August 8, 2005, Filing No. 92, indicating that this case has settled,

IT IS ORDERED that the pending Motion to Exclude Plaintiff's Experts, Filing No. 70, and Motion for Summary Judgment, Filing No. 73, are hereby denied as moot and without prejudice.

DATED this 9th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge